# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ALDO PEREZ, | ) | |
| Plaintiff, | ) ) ) | No. 19 C 4135 |
| v. | ) ) ) | Judge John J. Tharp, Jr. |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr. on the defendant's motion for summary judgment, it is hereby ORDERED:

Judgment is hereby entered in favor of defendant Union Pacific Railroad Company and against plaintiff Aldo Perez. Defendant may recover costs.

Date: January 24, 2023

John J. Tharp, Jr.
United States District Judge